■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ESPIRITUSANTO, Also Known as GUILLO, Appellant. [859 NYS2d 891]—Appeal from a new sentence of the Monroe County Court (Elma A. Bellini, J.), rendered June 28, 2005 imposed upon defendant's conviction of criminal possession of a controlled substance in the first degree (three counts). Defendant was resentenced pursuant to the 2004 Drug Law Reform Act upon his 2001 conviction.

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Peradotto and Pine, JJ.